# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135369

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

RYAN ALLAN WILSON,
  Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135369
COA: 276914
Oakland CC: 2006-207985-FH,
 2006-208197-FH, 2006-208250-FH

On order of the Court, the application for leave to appeal the October 10, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

Clerk